318

PARENTAL GUIDE OF TEXAS, INC., Plaintiff–Appellee,

v.

MITSUBISHI ELECTRIC AND ELEC-TRONICS USA, INC. and Mitsubishi Digital Electronics America, Inc., De-fendants–Appellants,

and

Toshiba America Consumer Products, Inc., Philips Electronics North Amer-ica Corporation, and LG Electronics U.S.A. Inc., Defendants.

No. 03–1119.

United States Court of Appeals, Federal Circuit.

DECIDED: Dec. 4, 2002.

ORDER

The appeal having been docketed in er-ror,

IT IS ORDERED:

That the appeal is DISMISSED.

ROBERT BOSCH GMBH and S–B Power Tool Company, Plaintiffs–Cross Appellants,

v.

JAPAN STORAGE BATTERY CO., LTD, Defendant–Appellant.

Nos. 03–1035, 03–1068.

United States Court of Appeals, Federal Circuit.

Dec. 16, 2002.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).